## Vecchio, Appellant, *v.* Glassburn.

Argued March 19, 1934. Before Frazer, C. J., Simpson, Kephart, Schaffer, Maxey, Drew and Linn, JJ.

*E. C. Higbee,* of *Higbee, Matthews & Lewellyn,* for appellant.

*H. George May,* Special Counsel, with him *Shippen Lewis,* Special Deputy Attorney General and *William A. Schnader,* Attorney General, for appellee.

PER CURIAM, April 23, 1934:

The judgment of the court below is affirmed on the opinions of Judge HENDERSON concurred in by the court in banc.